UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  8:19-cv-02444-JLS-JDE | Date: February 28, 2022 |
| Title:  Top Industrial, Inc. v. Builders Network, Inc. et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL**

On January 3, 2022, this Court entered an order granting in part the parties' Joint Stipulation to Continue Stay and Extend Deadline for Filing a Stipulation of Dismissal. (Order, Doc. 78.)  In the Order, the Court directed the parties to file a Stipulation of Dismissal on or before January 14, 2022; otherwise, the stay in this case would be "lifted without further order of the Court." (*Id.* at 2.)  The parties failed to file a Stipulation of Dismissal, nor have they taken any steps to further prosecute this action.

Accordingly, the Court orders the parties to show cause why this action should not be dismissed.  Failure to file an adequate response by Friday, March 4, 2022 shall result in the immediate dismissal of this action.

Initials of Deputy Clerk: mku