UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  8:19-cv-02444-JLS-JDE | Date: April 15, 2022 |
| Title:  Top Industrial, Inc. v. Builders Network, Inc. et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| _D. Rojas for Melissa Kunig_ | ____N/A____ |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

      On August 13, 2021, five days before the scheduled date of the claim construction hearing in this case, the parties filed a notice of settlement pursuant to Local Rule 16-15.7, apprising this Court that a settlement had been reached and requesting a stay of all pending deadlines.  (*See* Doc. 66.)  Based on the parties' representations as to settlement, the Court granted the stay.  Thereafter, additional stays were sought based on the further representation that the parties were in the "final stages of formalizing a written settlement agreement and need[ed] an additional two weeks to complete this process and be in a position to jointly dismiss the case with prejudice."  (Doc. 69; *see also* Docs. 71, 75.)

      However, when the Court issued an Order to Show Cause re dismissal for repeated failures to timely file a stipulation of dismissal, the parties responded by claiming they are "continu[ing] at the present time, their active settlement negotiations, having exchanged numerous draft agreements and conferred many times regarding the last *unresolved and complex issues.*" (Doc. 80 (emphasis added).)  They now represent that they would like to "move forward in the litigation at this time, while seeking settlement in parallel."  *Id.*  To state the obvious, if the parties are still in "active settlement

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-02444-JLS-JDE                              Date: April 15, 2022
Title:  Top Industrial, Inc. v. Builders Network, Inc. et al

negotiations," then their previous representation of settlement pursuant to Local Rule 16-15.7 was false.

    Accordingly, the Court orders the parties and counsel to show cause at an in-person hearing at **9:00 a.m., Tuesday, April 26, 2022** in Courtroom 8A, 350 W. 1st Street, Los Angeles, CA 90012 as to why they should not be sanctioned.  Such sanctions may include monetary sanctions or case-related sanctions, up to and including dismissal.  Lead counsel for all parties shall be present.

                                    Initials of Deputy Clerk: dr