1  G. WARREN BLEEKER, CA Bar No. 210834
   wbleeker@lewisroca.com
2  DREW WILSON, CA Bar No. 283616
   dwilson@lewisroca.com
3  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
   655 N. Central Avenue, Suite 2300
4  Glendale, CA 91203-1445
   Telephone: (626) 795-9900
5  Facsimile:  (626) 577-8800

6  Attorneys for Plaintiff and Counterdefendant
   TOP INDUSTRIAL, INC.

7  Payson J. LeMeilleur (SBN 205690)
   Payson.LeMeilleur@knobbe.com
8  Brian C. Claassen (SBN 253627)
   brian.claassen@knobbe.com
9  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
10 Irvine, CA  92614
   Telephone: (949) 760-0404
11 Facsimile:  (949) 760-9502

12 Attorneys for Defendants/Counterclaimants
   BUILDER'S NETWORK, INC.
13 d/b/a TLS LABORATORIES and GENE SUMMY

14             UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP INDUSTRIAL, INC., a corporation of California, <br><br> Plaintiff, <br><br> vs. <br><br> BUILDER'S NETWORK, INC., a corporation of California, d/b/a TLS LABORATORIES; GENE SUMMY, an individual, <br><br> Defendants. | Case No. 8:19-cv-02444-JLS (JDEx) <br><br> **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| BUILDER'S NETWORK, INC., a corporation of California, d/b/a TLS LABORATORIES; GENE SUMMY, an individual, <br><br> Counterclaimants, <br><br> vs. <br><br> TOP INDUSTRIAL, INC., a corporation of California, <br><br> Counterdefendant. | **Hon. Josephine L. Staton** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Counterdefendant Top Industrial, Inc. and Defendants and Counterclaimants Builder's Network, Inc. d/b/a/ TLS Laboratories and Gene Summy (collectively, the "Parties"), through their respective counsel of record, jointly stipulate to dismissal of this action in its entirety with prejudice, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: April 22, 2022

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/G. Warren Bleeker
G. Warren Bleeker
Attorneys for Plaintiff/Counterdefendant
TOP INDUSTRIAL, INC.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 22, 2022

By: /s/Payson J. LeMeilleur
Payson J. LeMeilleur
Brian C. Claassen
Attorneys for Defendants/Counterclaimants
BUILDER'S NETWORK, INC. d/b/a TLS LABORATORIES and GENE SUMMY

L.R. 5-4.3.4(a)(2)(i) Certification:
*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*
 /s/G. Warren Bleeker
   G. Warren Bleeker

655 North Central Avenue Suite 2300 Glendale, CA 91203-1445
LEWIS ROCA